IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRADFORD BECK and SALLY BECK, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:12-cv-4784-M-BF |
| | § | |
| THE BANK OF NEW YORK MELLON, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 31, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendant Alan Williams is DISMISSED from this lawsuit as an improperly joined defendant, and Plaintiffs' Motion to Remand (Doc. 9) is DENIED. Further, Defendants' Motion to Dismiss (Doc. 15) is hereby treated as a motion for summary judgment and GRANTED. All of Plaintiffs' claims and causes of action against Defendants are DISMISSED with prejudice.

**SO ORDERED** this 19th day of September, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS